FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     Case No. SACR 06-00058-DOC
                                   )
        Plaintiff,              )     ORDER OF DETENTION
                                   )
        v.                      )     [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                   )     §3143(a)]
JAMES ADAM DIGBY,                  )
                                   )
        Defendant.              )

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable [Judge's Name], United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's lack of bail resources, lack of a stable residence, use of drugs, and the nature of the charged offenses, which indicates the defendant is unlikely to comply with conditions of release; and

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

1    is based on the nature of the charged offenses and defendant's criminal
2    history.

3

4        IT THEREFORE IS ORDERED that the defendant be detained pending the further
5    revocation proceedings.

6

7

8    Dated: August 26, 2009

                    /s/     Arthur Nakazato
9                        ARTHUR NAKAZATO
10             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28